JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CUEVAS,<br><br>     Plaintiff,<br><br>v.<br><br>CHECK RESOLUTION SERVICE, INC.,<br><br>     Defendants. | CASE NO.:  09-CV-08823 JFW (FMOx)<br><br>**JUDGMENT**<br>**PLAINTIFF'S MOTION FOR**<br>**DEFAULT AND ATTORNEYS FEES**<br>**AND COSTS** |

GOOD CAUSE having been shown, in the interest of justice, Plaintiff's unopposed motion for default is granted, and the Clerk of the Court is directed to enter judgment as follows:

   a)  Judgment in favor of the Plaintiff in the sum of $2,000.00;

   b)  And for attorney's fees in the sum of $9945.00

   c)  And for costs in the sum of 479.00

   d)  Together with legal interest from the date of the Judgment

Dated: September 9, 2010

_____
Honorable John F. Walter.
United States District Judge